UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TAIMARK DICKSON,**

    **Plaintiff,**

**v.**	Case No. **5:18cv147-TKW-HTC**

**MICHAEL GARRETT,**

    **Defendant.**

_____/

# **ORDER**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 30). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation, I find no clear error in the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to substitute a proper party for the deceased Defendant.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The amended complaint (Doc. 11) is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 25(a)(1).

3. The Clerk is directed to close this case.

**DONE and ORDERED** this 4th day September, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**